IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHANDA MATHIS O/B/O
DAWAN MATE,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Case No. 2:10-cv-668
Judge Sargus
Magistrate Judge Kemp

## ORDER

Plaintiff's objection (Doc. 20) to the Magistrate Judge's Order of February 11, 2011, granting Defendant an extension of time with which to file a response to the statement of errors, is **OVERRULED**.

    IT IS SO ORDERED.

_2-24-2011_
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE