IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHANDA MATHIS o/b/o
DAWAN MATE,

    Plaintiff,

v.

CASE NO. 2:10-cv-668

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

    Defendant.

## ORDER

The parties to this social security case have stipulated to an order and judgment reversing the final decision of the Commissioner of Social Security and remanding the case to the Commissioner for further proceedings.

In accordance with that stipulation (Doc. No. 46), the Commissioner's decision is **REVERSED** and this action is **REMANDED** to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four. Upon remand, the case shall be remanded to an Administrative Law Judge for further development of the record, a new hearing, and a new decision, with specific instruction to the administrative law judge to consider existing and any new evidence, including additional testimony, regarding possible periods of decompensation of extended duration.

    **IT IS SO ORDERED.**

6-5-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE