AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

SHANDA MATHIS o/b/o
DAWAN MATE,

       Plaintiff,

vs.

                               **JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-10-668**

**MICHAEL J. ASTRUE,**     **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**     **MAGISTRATE JUDGE TERENCE P. KEMP**
**SOCIAL SECURITY,**

       **Defendant.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed June 5, 2012, JUDGMENT is hereby entered REVERSING the Commissioner's decision and REMANDING this case to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four, for further for proceedings consistent with the June 5, 2012 Order. This case is DISMISSED**

Date: June 5, 2012                                                             JAMES BONINI, CLERK

                                                                      /S/ Andy F. Quisumbing
                                                                      (By) Andy F. Quisumbing
                                                                      Courtroom Deputy Clerk